**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 556 MAL 2023

           Respondent            :

                           :   Petition for Allowance of Appeal
                           :   from the Order of the Superior Court

            v.                :

                           :

PURNELL RUDOLPH NELSON,        :

                           :

           Petitioner             :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 26th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.